UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LINDA BURNS, on behalf of
herself and all similarly
situated individuals,

    Plaintiff,

v.                        Case No:   2:18-cv-625-FtM-99MRM

MLK EXPRESS SERVICES, LLC
and AMAZON.COM SERVICES,
INC.,

    Defendants.

**ORDER**

This matter came before the Court on an Order to Show Cause (Doc. #21) entered on September 12, 2019, directing plaintiff to show cause why defendant Amazon.com Services, Inc. should not be dismissed for failure to prosecute. On September 24, 2019, Amazon.Com Services, Inc. filed a Response (Doc. #22) to the Court's Order to Show Cause indicating no objection to the dismissal of the defendant in light of the pending settlement with co-defendant MLK Express Services, LLC.  Having reviewed the Response, the Court dismiss defendant.

Accordingly, it is now

**ORDERED:**

Defendant Amazon.com Services, Inc. is dismissed without prejudice. The Clerk shall terminate this defendant on the docket.

**DONE and ORDERED** at Fort Myers, Florida, this __25th__ day of September, 2019.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record