**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

LINDA BURNS, on behalf of herself and all similarly situated individuals,

    Plaintiff,

v.

MLK Express Services, LLC,

    Defendants.

Case No. 2:18-cv-625-Ftm-32MRM

## PLAINTIFFS' RESPONSE IN OPPOSITION TO MOTION TO INTERVENE BY INTERESTED PARTY GREGORY GIBBS FOR LIMITED PURPOSE OF OBJECTING TO REPORT AND RECOMMENDATION [D.E.27]

COMES NOW Plaintiff Linda Burns, on behalf of herself and all similarly situated individuals, by and through counsel, and for her Response in Opposition to Motion to Intervene By Interested Party Gregory Gibbs for Limited Purpose of Objecting to Report and Recommendation ("Gibbs Motion to Intervene") [D.E. 27], states as follows:

Plaintiff opposes the Gibbs Motion to Intervene for substantially the same reasons as those explained in Defendant MLK Express Services, LLC's Response in Opposition to the Gibbs Motion to Intervene and hereby adopts and incorporates Defendant's Response, except to the extent Defendant's Motion expresses a position on the merits of Plaintiff's claims.

Respectfully Submitted this 21st day of February 2020.

                                         */s/ Laura E. Reasons*
                                         Laura E. Reasons
                                         **DICELLO LEVITT GUTZLER LLC**
                                         Ten N Dearborn Street, 11th Floor
                                         Chicago, IL 60602

                                         Neil L. Henrichsen
                                         **HENRICHSEN SIEGEL, PLLC**
                                         301 W Bay Street, 14th Floor

Jacksonville, FL 3220

Kenneth P. Abbarno
Mark M. Abramowitz
**DICELLO LEVITT GUTZLER LLC**
7556 Mentor Ave
Mentor, OH 44060

*Counsel for Plaintiff and the Putative Collective Action Members*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2020, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Laura E. Reasons*
Laura E. Reasons