UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LINDA BURNS, individually and on behalf
of all similarly situated individuals,

    PLAINTIFFS,                  CASE NO.: 2:18-CV-00625-UA-MRM

v.

MLK EXPRESS SERVICES, LLC, and
AMAZON.COM SERVICES, INC.,

    DEFENDANTS.
_____/

**PLAINTIFF'S NOTICE OF INTENT TO OPT IN TO THE CASE OF
*GIBBS V. MLK EXPRESS SERVICES, LLC, ET AL.*, CASE NO. 2:18-CV-434-SPC-MRM**

Plaintiff, Linda Burns ("Plaintiff"), hereby files the following Notice pursuant to the Court's Order of April 16, 2020 (Dkt. No. 37):

1.    On April 16, 2020, the Court ordered that the Collective Action Complaint (Dkt. 1) is dismissed without prejudice under the first-filed rule (Dkt. 37 at 11). It further ordered that Plaintiff Linda Burns and Opt-In Plaintiff Andrea Helm must file a notice on or before May 5, 2020, informing the Court if they will proceed with their individual claims in the *Burns* case, or opt in to the *Gibbs* case. *Id*. at 12.

2.    Plaintiff Linda Burns and Opt-In Plaintiff Andrea Helm hereby inform the Court of their intent to join the *Gibbs* case. Pursuant to the Court's Order (Dkt. 37), they will file their consents to join the *Gibbs* case on or before May 28, 2020.

Respectfully submitted this 5th day of May, 2020.

                                          *s/ Laura E. Reasons*
                                          Laura E. Reasons
                                          **DICELLO LEVITT GUTZLER LLC**

        Ten North Dearborn Street
        Sixth Floor
        Chicago, IL 60602
        Telephone:  (312) 214-7900
        Facsimile:  (312) 253-1443
        lreasons@dicellolevitt.com

        Kenneth P. Abbarno
        Mark M. Abramowitz
        **DICELLO LEVITT GUTZLER LLC**
        7556 Mentor Ave
        Mentor, OH 44060
        Telephone:  (440) 953-8888
        Facsimile:  (440) 953-9138
        kabbarno@dicellolevitt.com
        mabramowitz@dicellolevitt.com

        Neil L. Henrichsen
        Florida Bar No. 111503
        **HENRICHSEN SIEGEL, PLLC**
        301 W Bay Street, 14th Floor
        Jacksonville, FL 3220
        Telephone:  (904) 381-8183
        Facsimile:  (904) 242-2800
        nhenrichsen@hslawyers.com

        *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 5th day of May, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

        *s/ Laura E. Reasons*
        Laura E. Reasons